THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN L. BROOKS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN HAMMOND, *et al.*,<br><br>    Defendants. | CASE NO. C11-2104-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for voluntary dismissal (Dkt. No. 42), Defendant's motion for summary judgment (Dkt. No. 39), and the Report and Recommendation (Dkt. No. 44) of the Honorable James P. Donohue, United States Magistrate Judge, to which Plaintiff has not objected. Having thoroughly considered the Report and Recommendation and the parties' motions, and being generally advised, the Court hereby ORDERS as follows:

(1)   The Court ADOPTS the Report and Recommendation. (Dkt. No. 44.)

(2)   Plaintiff's motion for voluntary dismissal (Dkt. No. 42) is DENIED.

(3)   Defendants' motion for summary judgment (Dkt. No. 39) is GRANTED.

(4)   Plaintiff's amended complaint and this action are DISMISSED with prejudice.

(5)   The Clerk is respectfully directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Honorable James P. Donohue.

DATED this 15th day of August 2013.

*(signature)*

John C. Coughenour
UNITED STATES DISTRICT JUDGE